**IN THE DISTRICT COURT OF THE UNITED STATES**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**DOCKET NO. 3:98cr262-V**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| ) | |
| ) | |
| **vs.** ) | **O R D E R** |
| ) | |
| **VEDA PORRECA** ) | |
| ) | |
| _____ ) | |

      **THIS MATTER** is before the Court on the motion of Defendant Veda Porreca to transfer the pending supervised release violation from the undersigned to Judge Graham C. Mullen. For reasons stated in the Defendant's motion, the Court finds that good cause has been shown to transfer this matter.

      **IT IS, THEREFORE, ORDERED** that Defendant's motion for a transfer is **GRANTED** and the supervised release violation hearing be set for **2:30 p.m. on 30 November 2005** before Judge Graham C. Mullen. The Clerk of Court is directed to certify copies of this **ORDER** to Defendant, counsel for Defendant, to the United States Attorney, the United States Marshals Service, and the U.S. Probation Office.

Signed: November 29, 2005

Richard L. Voorhees
United States District Judge