# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## 3:98-CR-262-GCM

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>               Plaintiff, )<br>v. )<br>)<br>VEDA ELLEN PORRECA, )<br>and )<br>SERVICE PROFESSIONALS OF FLORIDA )<br>               Defendant. )<br>) | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on its own motion. On November 28, 2017, the government filed its Response to Ms. Porreca's Claim for Exempt Property [see docs. # 44 and # 43].

Ms. Porreca may file a reply to the government's response, which shall be no longer than 12 pages in length, by January 8, 2018.

**IT IS SO ORDERED.**

Signed: December 11, 2017

Graham C. Mullen
United States District Judge